ACCEPTED
14-14-00177-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/16/2015 5:06:07 PM
CHRISTOPHER PRINE
CLERK

**BELINDA HILL**
**FIRST ASSISTANT**



**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

**CRIMINAL JUSTICE CENTER**
**1201 FRANKLIN, SUITE 600**
**HOUSTON, TEXAS 77002-1901**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/16/2015 5:06:07 PM

CHRISTOPHER A. PRINE
Clerk

February 16, 2015

Christopher A. Prine, Clerk
Fourteenth  Court of Appeals
301 Fannin Street
Houston, TX  77002-2066

**RE:  MELVIN EUGENE FLETCHER v. THE STATE OF TEXAS**

Court of Appeals Number:    14-14-00177-CR
Trial Court Case Number:    1376099

Dear Mr. Prine:

I plan to present oral argument in the above case on Thursday, February 26 at 10:30 a.m.

A copy of this notice is being sent to the attorney of record.

Sincerely,

/s/ Dan McCrory
**Dan McCrory**
Assistant District Attorney
Harris County, Texas
(713) 755-5826

cc:    Daucie Schindler
Daucie. Schindler@pdo.hctx.net